# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DONNA MARIE DAVIS,**

      **Plaintiff,**

v.                                                     **Case No: 6:12-cv-1694-Orl-36TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on November 5, 2013 (Doc. 18). In the Report and Recommendation, the Magistrate Judge recommends that the Court reverse and remand this case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Administrative Law Judge ("ALJ") erred in failing to evaluate and state with particularity the weight afforded to the opinion of Plaintiff's treating psychiatrist, Dr. Ralph Ballentine, or Dr. Ballentine's assignment to Plaintiff of a Global Assessment of Functioning score of 50. *See* Doc. 18, pp. 2–6. The Court also agrees that the ALJ erred in failing to make any finding as to the work-limiting impact of the side effects of Plaintiff's medications. *See id.* at 12–14. Furthermore, the Court agrees that the foregoing errors were not harmless. *See id.* at 6, 14. As such, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The decision of the Commissioner of Social Security is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings in this Order and the Report and Recommendation.

3. The Clerk is directed to enter judgment accordingly and **close** this case.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be **THIRTY (30) days** after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, she shall promptly email Mr. Rudy and the Office of the General Counsel's attorney who prepared the Government's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on November 25, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith