UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DONNA MARIE DAVIS,**

      **Plaintiff,**

v.                                             **Case No: 6:12-cv-1694-Orl-36TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on December 17, 2013 (Doc. 22). In the Report and Recommendation, Magistrate Judge Smith recommends that Plaintiff Donna Marie Davis' ("Plaintiff") Uncontested Petition for Attorneys' Fees (Doc. 21) be granted, and that the Court award to Plaintiff attorneys' fees in the amount of $3,415.60 and costs in the amount of $350.00, to be paid out of the judgment fund administered by the U.S. Department of the Treasury. *See* Doc. 22. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that Plaintiff is entitled to an award of attorneys' fees and costs as a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $3,415.60 in attorneys' fees and $350.00 in costs for the filing fee. *See* Doc. 22. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff Donna Marie Davis' Uncontested Petition for Attorneys' Fees (Doc. 21) is **GRANTED**:

    a. Attorneys' fees in the amount of **$3,415.60** and costs in the amount of **$350.00** shall be awarded for the work performed by Richard A. Culbertson, Sarah Fay, and Michael Culbertson under the Equal Access to Justice Act, 28 U.S.C. § 2142(d). The payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government may, *but is not required to*, accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel; if the Government does not accept Plaintiff's assignment of EAJA fees, payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

3. The Clerk shall enter a Judgment as to Attorneys' Fees and Costs awarding to Plaintiff attorneys' fees in the amount of **$3,415.60** and costs in the amount of **$350.00** under the Equal Access to Justice Act, 28 U.S.C. § 2142(d).

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith